UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------X
FAIRHAVEN SHIPYARD & MARINA, INC.

                Plaintiff,

vs.                                                                                    CIVIL ACTION NO.

F/V REALITY (*ex* F/V MELISSA VANESSA)
(O.N. No. 619655), her engines, tackle, apparel,            03 12594 RWZ
appurtenances, etc., *in rem*,

                Defendant.
                                                        **ORDER FOR *IN REM* ARREST**
------------------------------------------------------------X

This Court has reviewed the Verified Complaint, *Ex Parte Motion for In Rem Arrest* and supporting papers filed by plaintiff in the above-captioned matter. Upon consideration thereof, this Court has determined that the conditions for an *in rem* arrest pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure exist. Accordingly, it is hereby:

**ORDERED**, that the Clerk shall issue forthwith a *In Rem* Warrant of Arrest for defendant vessel F/V Reality (*ex* F/V Melissa Vanissa)(O.N. No. 619655)(hereinafter referred to as "Vessel") directing the United States Marshal to proceed with all deliberate speed and arrest said Vessel which is now located at FAIRHAVEN SHIPYARD & MARINA, INC., 50 Fort Street, Fairhaven, Massachusetts, or any other location within the District of Massachusetts; it is further

**ORDERED**, that any person claiming an interest in said Vessel pursuant to this Order shall upon application to this Court and notice to plaintiff or its attorney be entitled to a prompt hearing at which plaintiff shall be required to show cause why the arrest should not be vacated or other relief granted; it is further

***ORDERED***, that the United States Marshal shall attach and serve a copy of this Order with the *In Rem* Warrant of Arrest upon defendant Vessel; and it is further

***ORDERED***, that plaintiff's counsel shall serve a copy this Order, together with the Summons, Verified Complaint, and *In Rem* Warrant of Arrest upon the owner of the Vessel.

Dated at Boston, Massachusetts on this 23rd day of December, 2003.

_____
United States District Judge

Submitted by:
Andrew B. Saunders
(BBO # 560645)
Saunders & Michaud, LLP
700 Pleasant Street
New Bedford, MA 02740
Tel. (508) 999-0600
Fax (508) 999-5400

2