**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Fairhaven Shipyard Marina Inc | COURT CASE NUMBER: 03-12594 RWZ |
| DEFENDANT: F/V Reality (ON# 619655) | TYPE OF PROCESS: In Rem Arrest - Vessel |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
F/V Reality (Ex: F/V Melissa + Vanessa)(ON# 619655) as currently located

**ADDRESS** (Street or RFD, Apartment No., City, State and ZIP Code)
AT: On Land At Fairhaven Shipyard, 50 Fort St, Fairhaven MA 02719

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Attorney Andrew B Saunders
Saunders + Michaud LLP
70 C Pleasant St
New Bedford MA 02740

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Plaintiff is Also Seeking Order To Be Appointed Substitute Custodian during Pendancy of Action. Service is Available during Normal Business Hours. Vessel is currently located at Plaintiff's Facility in Fairhaven. Any Questions should Be Directed to Attorney Andrew B. Saunders (Cell # 508-264-6230).

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 508 999-0600 (w) / 508 264-6230 (cell)
DATE: 12/22/03

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk
Date: 12/23/03

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Ron Fortier, Fairhaven SY

Date of Service: 12/30/03  Time: 12:00 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45 | 3.60 | | 48.60 | | | |

REMARKS: 1 DUSM, 1 HR, 10 miles

PRIOR EDITIONS MAY BE USED  —  1. CLERK OF THE COURT  —  FORM USM-285 (Rev. 12/15/80)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*IN REM* **WARRANT OF ARREST**                         CIVIL ACTION NO.

*THE PRESIDENT OF THE UNITED STATES OF AMERICA:*

To the Marshal of the District of Massachusetts or his deputies:

*GREETINGS:*                             03   12594 RWZ

WHEREAS, a Verified Complaint in Admiralty has been filed in this Court entitled:

FAIRHAVEN SHIPYARD & MARINA, INC.
Plaintiff,
vs.

F/V Reality (*ex* F/V Melissa Vanessa)(O.N. No. 619655)
Her Engines, Tackle, Apparel, and Appurtenances, Etc., *In Rem*
Defendant.

on the 22nd day of December, 2003, upon an Admiralty and Maritime claim praying that process issue for the arrest of the vessel or other property that is the subject of this action;

YOU ARE THEREFORE COMMANDED to attach defendant vessel F/V REALITY (*ex* F/V MELISSA VANISSA (O.N. No. 619655), her engines, tackle, apparel, furniture, equipment, rigging, fishing licenses, fishing history and all other necessaries appurtenant thereto, now located within this District at FAIRHAVEN SHIPYARD & MARINA, INC., 50 Fort Street, Fairhaven, Massachusetts, or any other location within the District of Massachusetts, and to detain the same in your custody until further order of the Court respecting same.

Dated at Boston, Massachusetts on this 23 day of December, 2003.

By Order

By _____ Deputy Clerk

Note:   **Any claimant of the property seized shall file his/her claim within ten(10) days after the Warrant has been executed, and shall serve his/her answer within twenty (20) days after filing of the claim.**