AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

FAIRHAVEN SHIPYARD & MARINA, INC.

V.

F/V REALITY (EX F/V MELISSA VANESSA)
(O.N. 619655)

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**03 12594 RWZ**

FILED
CLERKS OFFICE
2004 JAN 14 P 12:07
U.S. DISTRICT COURT
DISTRICT OF MASS.

TO: (Name and address of Defendant)

WAYNE S. FRYE, JR., PRESIDENT
REALTY FISHING CORP.
60 SEAVIEW AVE.
FAIRHAVEN, MA  02719

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ATTORNEY ANDREW B. SAUNDERS
SAUNDERS & MICHAUD, LLP
700 PLEASANT STREET
NEW BEDFORD, MA  02740

an answer to the complaint which is served on you with this summons, within __20 DAYS__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  12/23/03

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 1/8/04 |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Wayne E. Frye Jr. President of Realty Fishing Corp Accepted Service of Process on behalf of the Vessel owner in Accordance with Rule 4(d) and 84 of the F.R.C.P. See "Acceptance of Service of Process Rule 4(d) + 84 - January 8, 2004")

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/12/04
              Date

Signature of Server
Andrew B. Saunders
BBO # 560645
Counsel for Plaintiff.
Address of Server

Wayne E. Frye   1-8-04

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.