UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------X

FAIRHAVEN SHIPYARD & MARINA, INC.

         Plaintiff,

vs.

CIVIL ACTION NO.

03-12594

F/V REALITY (*ex* F/V MELISSA VANESSA)
(O.N. No. **619655**), her engines, tackle, apparel,
appurtenances, etc., *in rem*,

         Defendant.

------------------------------------------------------------X

*FILED IN CLERK'S OFFICE*
*2004 JAN 14 P 12:07*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

## ACCEPTANCE OF SERVICE OF PROCESS
### RULE 4(d) & 84

| | | |
|---|---|---|
| (1) | 12/22/03 | Verified Complaint in Admiralty |
| (2) | 12/22/03 | Ex Parte Motion for *In Rem* Arrest |
| (3) | 12/22/03 | Order for *In Rem* Arrest |
| (4) | 12/22/03 | *In Rem* Warrant of Arrest |
| (5) | 12/22/03 | Ex Parte Motion for the Appointment of A Substitute Custodian |
| (6) | 12/22/03 | Affidavit of the Substitute Custodian |
| (7) | 12/22/03 | Process Receipt and Return |
| (8) | 12/22/03 | Order for Appointment of Substitute Custodian |

_____
Wayne E. Frye, Jr., President
Realty Fishing Corp.
Dated: January 8, 2004