UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------X

FAIRHAVEN SHIPYARD & MARINA, INC.

                Plaintiff,

vs.                                                                                               CIVIL ACTION NO. 03 12594RWZ

F/V REALITY (*ex* F/V MELISSA VANESSA)
(O.N. No. 619655), her engines, tackle, apparel,             **PLAINTIFF'S MOTION TO**
appurtenances, etc., *in rem*,                                              **DISMISS F.R.C.P. RULE 41(a)(1)(i)**
                                                                                       **(WITHOUT PREJUDICE**

                Defendant.

------------------------------------------------------------X

      Now comes the Plaintiff and moves pursuant to Rule 41(a)(1)(i) to request this Honorable Court dismiss the instant action without prejudice.

                                             Respectfully submitted,

                                             FAIRHAVEN SHIPYARD & MARINA, INC.
                                             By its attorneys,

                                             SAUNDERS & MICHAUD, LLP

                                             Andrew B. Saunders
                                             700 Pleasant Street
                                             New Bedford, MA 02740
                                             Tel. (508) 999-0600
                                             Fax (508) 999-5400
                                             BBO # 560645