UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------X

FAIRHAVEN SHIPYARD & MARINA, INC.

                 Plaintiff,

vs.                                              CIVIL ACTION NO. 03 12594RWZ

F/V REALITY (*ex* F/V MELISSA VANESSA
(O.N. No. 619655), her engines, tackle, apparel,     **PLAINTIFF'S STIPULATION**
appurtenances, etc., *in rem*,     **OF VOLUNTARY RELEASE OF**
    **F/V REALITY FROM THE**
    **CUSTODY OF THIS COURT**

                 Defendant.

---------------------------------------------------------------X

Now comes the Plaintiff and stipulates pursuant to Rule E(c) of the Supplemental Rules for certain Admiralty and Maritime claims that the *in rem* Defendant, (which is currently in the custody of this Court at the request of the Plaintiff), may be released forthwith upon the Marshal's acceptance and approval of this Stipulation.

The Plaintiff further states that it has also been appointed the Substitute Custodian of the F/V Reality and stipulates that all costs and charges of the Substitute Custodian have been satisfied in full.

                                                        Respectfully submitted,

                                                        FAIRHAVEN SHIPYARD & MARINA
                                                        By its attorneys,

                                                        SAUNDERS & MICHAUD, LLP

                                                        Andrew B. Saunders
                                                        700 Pleasant Street
                                                        New Bedford, MA  02740
                                                        Tel. (508) 999-0600
                                                        Fax (508) 999-5400
                                                        BBO # 560645