UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------X
:
FAIRHAVEN SHIPYARD & MARINA, INC.           :
:
                    Plaintiff,           :
vs.                                         :      CIVIL ACTION NO. 03 12594RWZ
:
F/V REALITY (ex F/V MELISSA VANESSA)        :
(O.N. No. 619655), her engines, tackle, apparel,  :      **ORDER OF RELEASE**
appurtenances, etc., *in rem*,              :
:
                    Defendant.           :
:
:
---------------------------------------------------------------X

The Plaintiff, having filed a Stipulation of Release on the F/V Reality stating that:

Plaintiff assents to the Release of the F/V Reality from the custody of this Court; and

Further that the cost of the Substitute Custodian have been paid in full,

IT IS HEREBY ORDERED that the Defendant Vessel F/V Reality (ex-F/V Melissa Vanessa) her engines, tackle, apparel, appurtenances, etc., *in rem*, are hereby released from the custody of this Court.

Dated: 2/27/04                              _____

Arrestpleadings-forms/fhvn.ship-order.of.release