UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------X
:
FAIRHAVEN SHIPYARD & MARINA, INC.          :
:
Plaintiff,            :
vs.                                                        :    CIVIL ACTION NO. 03 12594RWZ
:
F/V REALITY (*ex* F/V MELISSA VANESSA)      :
(O.N. No. 619655), her engines, tackle, apparel,   :    **ORDER OF DISMISSAL**
appurtenances, etc., *in rem*,                           :
:
:
Defendant.            :
:
--------------------------------------------------------- X

The Plaintiff, having filed a Voluntary Dismissal pursuant to F.R.C.P.Rule 41(a)(1)(i) seeking the dismissal of the instant action, without prejudice, it is hereby ORDERED that the instant action be dismissed without prejudice and without costs.

Dated: 2/27/04

_____

Arrestpleadings-forms/fhvn.shipyard-order.of.dismissal