U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF Fairhaven Shipyard + Marina, Inc | COURT CASE NUMBER 03-12594 RWZ |
| DEFENDANT 7/V Reality | TYPE OF PROCESS Release ~~Arrest~~ of Vessel |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Plaintiff/Custodian Seeks Release of Vessel
See Order of Zobel J. Dated 2/27/04

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER 508 999-0600
DATE 2/27/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk *Nancy Dalauria* | Date 3/1/04 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service    Time    am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: Released by Court Order 2/27/04 /f

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION

NO. 03cv12594-RWZ

## WARRANT TO DELIVER

To the Marshal of our District of Massachusetts or either of her Deputies:

WHEREAS a __COMPLAINT__ was filed in this Court against the

___F/V REALITY (EX F/V MELISSA VANESSA)___

and WHEREAS the United States Marshal seized said vessel on process issued out of this Court on ___DECEMBER 23__, 2003; and

WHEREAS ___said vessel F/V MELISSA VANESSA was seized.___

IT IS HEREBY ORDERED that said ___F/V MELISSA VANESSA___ be returned to the party from whom taken.

Dated at Boston, Massachusetts, this 27th day of February, 2004

TONY ANASTAS,
CLERK OF COURT

By: _____
Deputy Clerk

SEAL

(Warrant to Deliver.wpd -- 12/98)

[warrdeliver.]

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------X

FAIRHAVEN SHIPYARD & MARINA, INC.

              Plaintiff,

vs.

F/V REALITY (ex F/V MELISSA VANESSA)
(O.N. No. 619655), her engines, tackle, apparel,
appurtenances, etc., *in rem*,

              Defendant.

---------------------------------------------------------------X

CIVIL ACTION NO. 03 12594RWZ

**ORDER OF RELEASE**

The Plaintiff, having filed a Stipulation of Release on the F/V Reality stating that:

Plaintiff assents to the Release of the F/V Reality from the custody of this Court; and

Further that the cost of the Substitute Custodian have been paid in full,

IT IS HEREBY ORDERED that the Defendant Vessel F/V Reality (ex-F/V Melissa Vanessa) her engines, tackle, apparel, appurtenances, etc., *in rem*, are hereby released from the custody of this Court.

Dated: 2/27/04

Arrestpleadings-forms/fhvn.ship-order.of.release

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------X

FAIRHAVEN SHIPYARD & MARINA, INC.

              Plaintiff,

vs                                            CIVIL ACTION NO. 03-12594RWZ

F/V REALITY (*ex* F/V MELISSA VANESSA)
(O.N. No. 619655), her engines, tackle, apparel,      **ORDER OF DISMISSAL**
appurtenances, etc., *in rem*,

              Defendant.

-------------------------------------------------------X

       The Plaintiff, having filed a Voluntary Dismissal pursuant to F.R.C.P. Rule 41(a)(1)(i) seeking the dismissal of the instant action, without prejudice, it is hereby ORDERED that the instant action be dismissed without prejudice and without costs.

Dated: 2/27/04

Arrestpleadings-forms/fhvn.shipyard-order.of.dismissal



U. S. Department of Justice

United States Marshals Service

*District of Massachusetts*

*John J. Moakley U.S. Courthouse*
*1 Courthouse Way, Suite # 1-500*
*Boston, Massachusetts 02210*
*(617) 748-2500*

*March 2, 2004 (1:07pm)*

FAIRHAVEN SHIPYARD & MARINA, INC.   CV-03-12594-RWZ

VS.

F/V REALITY (ex F/V MILISSA VENESSA) (O.N.619655), her engines, tackle and equipment, apparel, appurtenances, etc., in rem.

Claimant: <u>REALITY FISHING CORP./WAYNE E. FRYE, JR.</u>

To: <u>FAIRHAVEN SHIPYARD & MARINA, INC</u>, Keepers and Custodians in charge of the: <u>F/V REALITY</u>, herein seized.

You will release from seizure and deliver to the Claimant the <u>F/V REALITY</u> herein seized.

ANTHONY DICHIO
United States Marshal
District of Massachusetts



## U. S. Department of Justice

United States Marshals Service

*District of Massachusetts*

---

John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite # 1-500
Boston, Massachusetts 02210
(617) 748-2500

March 2, 2004 (1:07pm)

    I, ANTHONY DICHIO, United States Marshal for the District of Massachusetts, hereby certify and return that on this date I have delivered F/V REALITY to REALITY FISHING CORP./ WAYNE E. FRYE, JR.

ANTHONY DICHIO
UNITED STATES MARSHAL
BY: _____
Deputy U.S. Marshal

    I, _Wayne E Frye Jr_, hereby certify that on this date I received from ANTHONY DICHIO, United States Marshal for the District of Massachusetts, the F/V REALITY.

_Wayne E Frye Jr_